FILED15 FEB '23 13:48USDC-ORP

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Ryan Eg Eugene Ogan | Case No. **3:23-CV-232-YY** |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: _(check one)_ ☒ Yes ☐ No |
| -v- | |
| Amazon Inc, Amazon PDX9 | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ryan Eg Eugene Ogan |
| Street Address | 20827 S. South End Rd. |
| City and County | Oregon City - Chickamas |
| State and Zip Code | OR., 97045 |
| Telephone Number | 503-422-5523 |
| E-mail Address | getupandgoryanogan@gmail.com |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

TDT514 VOID

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                           Amazon PDX9 (Amazon Inc)

Job or Title *(if known)*      1250 N.W. Swigert Way Fulfillment Center

Street Address                 1250 N.W. Swigert Way

City and County                Troutdale - Multnomah

State and Zip Code             OR. 97060

Telephone Number               888-892-7180 (generic)

E-mail Address *(if known)*    PDX9 ~~hr~~ hr@Amazon.com

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. U.S.C. 42 §§ 12101

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* PDX9 _____ , is a citizen of the State of *(name)* Oregon _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* ___Amazon PDX9___, is incorporated under the laws of the State of *(name)* ___Washington___, and has its principal place of business in the State of *(name)* ___Washington___.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I'm an independent person with a TBI, for over 50 years, and I ~~x~~ tolerate discrimination in society to begin with, why should I be forced to tolerate it from co-workers?

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was dismissed from employment after writing an email complaining about verbal harrassment, which I had repeated verbal complaints to managers for months prior. In the email I stated I would be "forced to use physical threats", in an attempt to get urgency for the verbal abuse to stop. I had tolerated many innuendoes for two years.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Dismissal- $200,000
Psychological abuse-$200,000
emotional abuse- $400,000

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2/15/2023

Signature of Plaintiff    _Ryan E. Ogan_

Printed Name of Plaintiff    Ryan E. Ogan

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Name: Ryan E. Ogan

Address: 20827, S. South End Rd.

Oregan City, OR. 97045

Phone: 503-422-5523

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISON

Ryan E Ogan

Plaintiff(s),                          Case No: 3:23-CV-232-YY

vs.

Amazon PDX 9 (Amazon, Inc.)

Defendant(s).

Amazon dismissed me from employment in April, 2022 because of an email I sent complaining of verbal harrassment. I filed an EEOC complaint and have a case number 551-2022-05814. Shannon De Jong is the investigator but no longer handles the case. After months of attempting to find an attorney, I'm forced to file this case myself.

Dated: 2/15/2023          Signature: _____